1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
03 JAN -7 PM 12:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

Sammie Earl Moore
AIS# 221704

CV-03-H-0043-S

_____
(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Dewayne Estes, Willie Hartley,
Andre Hardie, Ronald England,
A.L. Garrett, Carl Sander,
Michael Halely, Glenn Newton, Walter Davis.
(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✗)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): _____ N/A _____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

         _____ N/A _____

      3.  Docket Number _____ N/A _____

      4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

N/A

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **ST. Clair Correctional facility**

   A. Is there a prisoner grievance procedure in this institution?
   Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No ( )

   C. If your answer is YES:

   1. What steps did you take? **I wrote several letters to officials of the D.O.C about them violating the Due process clause to me**

   2. What was the result? **My attempts were futile, and to No Avail.**

   D. If your answer is NO, explain why not? _____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **Sammie Earl Moore**

   Address **1000 St. Clair Road, Springville, AL 35146 H-2-H-6**

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **Dewayne Estes**
   is employed as **Warden**
   at **Childersburg Work-Release Center**

C. Additional Defendants **Willie Hartley (Sgt) At Childersburg Work-Release Center; Andre Hardie (COI) at Childersburg W/R center; A.L. Garrett (Asst. Warden) at St. Clair Corr. facility; Walter Davis (Classification Off.) at St. Clair Corr. facility; Carl Sanders (COSI); Ronald England (COII); Eric Ash (COI) at St. Clair Corr. facility.**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On Sept. 7, 2002, I (Sammie Earl Moore) was taken from Childersburg W/R center at the discretion of Dewayne Estes (Warden) at Childersburg W/R center escorted to Talladega County Jail. I was detained as a county prisoner for (9 days), Charged for Assault on another Inmate. Which all occured at Childersburg W/R center. There was never any type of Medical-Examinations performed on me (Sammie Earl Moore) or the victim. Also there wasn't any type of evidence to label this incident as an assault. All of the due process clauses were violated by Officials concerning me illegally being detained.

I was given four other charges and disciplinaries were served to me, in which, I was found Guilty on the assault and other charges by Officials. I am currently still being confined to segregation and my Constitutional Rights of the Eighth & Sixth Amendments are constantly being violated here and in times past.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) $500.00 per Day - Nominal Damages
2.) $500.00 per Day - Pain & Suffering
3.) $500.00 per Day - Compensatory Damages
4.) Actual and Punitive Damages - $500.00 per Day that I've been in Segregation Since (Sept. 7, 200[?]
5. Injunction, & Disciplinaries withdrawn from my Institutional file, and Re-instate my Custody and transfer back to a W/R Center.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan. 1, 2003
(date)

Sammie Earl Moore

Signature(s)

- 4 -